

# Fourth Court of Appeals
## San Antonio, Texas

December 8, 2015

No. 04-15-00619-CV

**IN THE INTEREST OF R.J.P. AND A.R.P.,**

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 00-01-38161-CV
Honorable Patrick Michael Garcia, Judge Presiding

## O R D E R

The reporter's record was due November 20, 2015, but was not filed. On November 30, 2015, this court notified the court reporter the reporter's record was late. The court reporter responded to our notice by stating that the record was not filed because: (1) appellant failed make a proper written request for a reporter's record, and (2) appellant failed to pay or make arrangements to pay the reporter's fee to prepare the record and is not entitled to the record without paying the fee. *See* TEX. R. APP. P. 34.6(b); *id.* R. 35.3(b).

We therefore **ORDER** appellant, Stella Rae Tamez, to provide written proof to this court on or before **December 18, 2015** that: (1) she has requested a reporter's record, and (2) either the reporter's fee has been paid or arrangements satisfactory to the reporter have been made to pay the reporter's fee, or appellant is entitled to the record without prepayment of the reporter's fee. *See id.* R. 20.1; *id.* R. 34.6(b)(1); *id.* R. 35.3(b). If appellant fails to respond within the time provided, appellant's brief will be due **January 7, 2016** and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See id.* R. 37.3(c).

We **order** the clerk of this court to serve a copy of this order on appellant and all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of December, 2015.

_____
Keith E. Hottle
Clerk of Court